```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Maurice Morlee Johnson

    v.                                                     Case No. 24-cv-148-LM-AJ

Federal Bureau of Prisons, et al

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 24, 2025. For the reasons explained therein, Petitioner's motions for preliminary injunctive relief (Doc. Nos. 7, 10) are denied as moot.

                                                _____
                                                Landya B. McCafferty
                                                Chief Judge

Date: April 18, 2025

cc:   Maurice Morlee Johnson, pro se
       Counsel of Record