```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Maurice Morlee Johnson

    v.                                                                   Case No. 24-cv-148-LM

Federal Bureau of Prisons, et al

## ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 11, 2025. For the reasons explained therein, the Warden's motion for summary judgment (Doc. No. 11) is granted.

    The clerk shall enter judgment and close this case.

                                                     _____
                                                     Landya B. McCafferty
                                                     Chief Judge

Date: September 19, 2025

cc:   Maurice Morlee Johnson, pro se
       Counsel of Record